UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN WILLIAM JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>S. POSSON, et al.,<br><br>        Defendants. | Case No. 19-cv-03883-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Judgment on the Pleadings and Summary Judgment,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's Order, judgment is hereby entered in favor of Defendants Ashby and Posson, and against Plaintiff. And that each party bear its own costs of action.

Dated: July 30, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge